In the Matter of the Application of EDWARD FRANCIS BOWES and Others on Behalf of ALBERT E. WALD, a Consolidated Motion, Appellants, v. THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and ABBOT LOW MOFFAT and Others, Respondents.† — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of FRANK DUFFY, Respondent, for an Order Directing LAWRENCE A. PIROZZO and Others, Appellants, Said Persons Constituting the Board of Inspectors of Election and Registration of the Thirty-seventh Election District of the Thirteenth Assembly District, County of New York, to Place the Name of the Applicant upon the Register of Elections of Said Election District and to Convene the Board of Registration, etc.— Order affirmed, without costs; the inspectors of election and registration to convene at the polling place on Saturday evening, November 3, 1934, between the hours of seven and eight o'clock, for the purpose of allowing the applicant to register and to provide for a ballot to permit him to enroll. The court does not hold that the question of residence is finally determined by its decision. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of CHARLES GARSIDE and Another, Respondents, v. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, and BERNARD BOTEIN and Another, Intervenors, Appellants.§ — Order reversed on the law and motion denied on the ground of the difference in complexion of the committees to fill vacancies, and on the further ground that there were not 3,000 signatures on the petition. Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., concurs on the first ground, the second ground not having been raised; Davis, J., dissents and votes for affirmance.